No. 73–542. JULEO, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 73–546. BUTZ, SECRETARY OF AGRICULTURE *v.* CARTER ET AL. C. A. 3d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮